Argued December 16, reversed and remanded December 23, 1974

GARY L. POWELL, *Petitioner, v.* OREGON STATE
PENITENTIARY (08-74-024 3738), *Respondent.*

528 P2d 1362

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for petitioner. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Scott McAlister,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

PER CURIAM.

The sole issue is the sufficiency of the order. Suf-
fice it to say that the author of the order apparently
had difficulty distinguishing among findings of fact,
conclusions of law and recommendations. *See, Fowler
v. OSCI,* 18 Or App 280, 525 P2d 191 (1974).

Reversed and remanded.